```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

     IN RE:                                         CASE NO. 07 B 19527
        GRACIELA CADENAS
                                                    CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

              Debtor
        SSN XXX-XX-4019


    ------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

         1.   The case was filed on 10/22/07 and confirmed on 05/30/08.

         2.   The case was dismissed after confirmation, 10/31/2008.

         3.   The Debtor paid a total of $  12500.00 .

         4.   The Trustee made disbursements to creditors as follows:


    ------------------------------------------------------------------------------
    CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
    ------------------------------------------------------------------------------
    EMC MORTGAGE                CURRENT MORTG         .00              .00              .00
    EMC MORTGAGE                MORTGAGE ARRE    10038.02              .00         10038.02
    EMC MORTGAGE                SECURED               .00              .00              .00
    EMC MORTGAGE                MORTGAGE ARRE    10306.18              .00          1736.98
    INTERNAL REVENUE SERVICE    SECURED          10786.97              .00              .00
    INTERNAL REVENUE SERVICE    FILED LATE            .00              .00              .00
    ILLINOIS DEPT REVENUE       PRIORITY          1415.46              .00              .00
    INTERNAL REVENUE SERVICE    FILED LATE            .00              .00              .00
    ILLINOIS DEPT REVENUE       UNSECURED          166.22              .00              .00
    US CELLULAR                 UNSECURED        NOT FILED             .00              .00
    NICOR GAS                   UNSECURED        NOT FILED             .00              .00
    MIDLAND CREDIT MGMT         UNSECURED          930.44              .00              .00
    MIDLAND CREDIT MGMT         UNSECURED         1412.80              .00              .00
    CHRYSLER FINANCIAL          UNSECURED        NOT FILED             .00              .00
    DR DONNA ROCKY              UNSECURED         4748.00              .00              .00
    PORTFOLIO RECOVERY ASSOC    UNSECURED          136.70              .00              .00
    JOHNSON WESTRA BROECKLER    UNSECURED        NOT FILED             .00              .00
              Summary of disbursements:
    ------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
    ------------------------------------------------------------------------------
    TOTAL CLMS ALLOWED    31131.17      1415.46      7394.16           .00      39940.79
    PRINCIPAL PAID        11775.00          .00          .00           .00      11775.00
    INTEREST PAID              .00          .00          .00           .00           .00
    TOTAL PAID            11775.00          .00          .00           .00      11775.00
    The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $   3500.00
    and was paid $   2500.00  direct and $     .00  through the plan.

    The Trustee received $    725.00 .

    Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE












                              PAGE   2
        CASE NO. 07 B 19527 GRACIELA CADENAS